USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Joel Friedman, | Civil Action No. 16-cv-07628-CS |
| --- | --- |
| Plaintiff, | **CONSENT ORDER COMPELLING ARBITRATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| -v.- | |
| Citibank, NA, | |
| Defendant. | |

THIS MATTER having been jointly presented to the Court by the below-referenced attorneys for plaintiff Joel Friedman ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), seeking the entry of an Order compelling arbitration pursuant to the arbitration agreement (the "Arbitration Agreement") between Plaintiff and Citibank contained in the Card Agreement governing Plaintiff's credit card accounts, and dismissing the Complaint without prejudice, and for good and sufficient cause having been shown;

IT IS on this 6th day of January 2017,

ORDERED as follows:

1. The parties joint application to compel arbitration pursuant to Arbitration Agreement contained in the Card Agreement governing Plaintiff's credit card accounts be and hereby is GRANTED.

2. Plaintiff is hereby compelled to arbitrate his claims set forth in the Complaint against Citibank on an individual basis pursuant to the Arbitration Agreement in the Card Agreement governing the credit card accounts at issue.

3. Following commencement of the Court-ordered arbitration proceedings, Citibank shall reimburse Plaintiff the arbitration filing fee for an individual arbitration proceeding commenced pursuant to the Arbitration Agreement in the Card Agreement governing the credit card accounts at issue.

4. Plaintiff's Complaint be and is hereby dismissed without prejudice.

5. A copy of this Order shall be served on counsel of record for all parties by counsel for Citibank within seven (7) days of receipt hereof.

_____
HON. CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.

**CONSENTED AS TO FORM AND ENTRY:**

/s/ Daniel Kohn
Daniel Kohn
**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Phone: (201) 282-6500
dkohn@rclawgroup.com
*Attorneys for Plaintiff*

/s/ Gregory Reid
Gregory Reid
**Sills Cummis & Gross P.C.**
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-4411
greid@sillscummis.com
*Attorneys for Defendant*